**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6909

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

GAYBBRELL SHEREISE COFIELD,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge.  (5:10-cr-00016-FL-1)

Submitted:  August 28, 2014        Decided:  September 3, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gaybbrell Shereise Cofield, Appellant Pro Se.  Jennifer P. May-
Parker, Stephen Aubrey West, Assistant United States Attorneys,
Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gaybbrell Shereise Cofield appeals the district court's order denying his motion to compel the Government to file a Fed. R. Crim. P. 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Cofield</u>, No. 5:10-cr-00016-FL-1 (E.D.N.C. June 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>